# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNN FELDMAN, as Chapter 7 Trustee of** the Estate of Image Masters, Inc., et al., | : : : | NO. 19-mc-131 |
| | : | Bankruptcy No. 07-21587 |
| **Plaintiff,** | : : | |
| | : | Adversary Nos. 09-2092 & 09-2143 |
| v. | : : | Administratively and Substantively Consolidated |
| **ABN AMBRO MORTGAGE GROUP, INC.,** et al., | : : : | |
| **Defendants.** | : : | |

## ORDER

**AND NOW**, this 10th day of February, 2020, upon consideration of Defendants' Motion for Withdrawal of Reference of Adversary Proceedings (Doc. No. 1), Plaintiff's Response (Doc. No. 4), and Defendants' Reply (Doc. No. 5), it is hereby **ORDERED** that the Motion is **DENIED**.

                                              **BY THE COURT:**

                                              */s/ Mitchell S. Goldberg*
                                              **MITCHELL S. GOLDBERG, J.**